United States District Court
for the
Southern District of Florida

| Charlene Rosa, Plaintiff | ) | |
|---|---|---|
| v. | ) | Civil Action No. 18-62422-Civ-Scola |
| Michael J. Satz and others, Defendants. | ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On November 20, 2018, Judge White issued a report, recommending that, Plaintiff Charlene Rosa's case be dismissed and this case closed. (Report of Magistrate, ECF No. 18.) Rosa has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge White's report and recommendation (**ECF No. 18**). The Court **grants** Rosa's motion to dismiss (**ECF No. 17**) her own case. Rosa's case is therefore **dismissed without prejudice**. The Court directs the Clerk to **close** this case.

**Done and ordered**, at Miami, Florida, on December 21, 2018.

_____
Robert N. Scola, Jr.
United States District Judge